# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DIVAUNTE K. YOUNG, | Case No. 21-CV-2598 (NEB/HB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN GUY BOSCH, | |
| Respondent. | |

The Court has received the January 27, 2022 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. This matter is DISMISSED WITHOUT PREJUDICE;

2. Young's application to proceed *in forma pauperis* (ECF No. 4) is DENIED; and

3. No certificate of appealability will be issued.

Dated: March 10, 2022                    BY THE COURT:

                                         s/Nancy E. Brasel
                                         Nancy E. Brasel
                                         United States District Judge